UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

---

DONNA WHEATON, on behalf of herself
and all others similarly situated,

                Plaintiff,

v.                                                                 Case No. 3:22-cv-00050-NKM

WESTMINSTER-CANTERBURY
OF THE BLUE RIDGE,

                Defendant.

---

## JOINT MOTION TO APPROVE SETTLEMENT

Plaintiff Donna Wheaton, on behalf of herself and all others similarly situated, and Westminster-Canterbury of the Blue Ridge ("Defendant"), by their respective counsel, respectfully move the Court to enter an Order approving the settlement of this FLSA action. A copy of the proposed settlement is attached as Exhibit 1 and a copy of a proposed Joint Consent Order has also been provided. For the Court's consideration, the parties are submitting a joint memorandum in support of this Motion.

For the reasons set out in the memorandum, the parties believe the settlement is fair and reasonable. Wherefore, the parties request that the Court approve the settlement and enter the Proposed Consent Order provided as an attachment to this Joint Motion to Approve Settlement.

Date: May 26, 2023                                                        Respectfully submitted,

| By:/s/    *Zev H. Antell*           | By:/s/    *Catherine J. Jackson*          |
|---|---|
| Zev H. Antell (VSB No. 74634)        | Paul G. Klockenbrink (VSB No. 33032)      |
| Butler Curwood, PLC                  | Catherine J. Jackson (VSB No. 78610)      |

1

| | |
|---|---|
| 140 Virginia Street, Suite 302<br>Richmond, VA 23219<br>Tel: 804-648-4848<br>zev@butlercurwood.com<br><br>     And<br><br>Timothy Coffield (VSB No. 83430)<br>Coffield PLC<br>106-F Melbourne Park Circle<br>Charlottesville, VA 22901<br>Tel: 434-218-3133<br>tc@coffieldlaw.com<br><br>Counsel for Plaintiffs | Harrison E. Richards (VSB No. 94960)<br>GENTRY LOCKE<br>10 Franklin Rd. S.E., Suite 900<br>P.O. Box 40013<br>Roanoke, Virginia 24022-0013<br>Tel: 540-983-9300<br>Fax: 540-983-9400<br>klockenbrink@gentrylocke.com<br>cjackson@gentrylocke.com<br>hrichards@gentrylocke.com<br><br>Counsel for Defendant |

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 26th day of May, 2023, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then provide a notice of electronic filing (NEF) to all counsel of record.

                                         /s/    *Catherine J. Jackson*
                                         Catherine J. Jackson (VSB No. 78610)
                                         GENTRY LOCKE
                                         10 Franklin Rd. S.E., Suite 900
                                         P.O. Box 40013
                                         Roanoke, Virginia 24022-0013
                                         Tel: 540-983-9300
                                         Fax: 540-983-9400
                                         cjackson@gentrylocke.com

26243/12/11180560v1