UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

---

DONNA WHEATON, on behalf of herself
and all others similarly situated,

            Plaintiff,

v.

WESTMINSTER-CANTERBURY
OF THE BLUE RIDGE,

            Defendant.

Case No. 3:22-cv-00050-NKM

---

**CONSENT ORDER**

Plaintiff Donna Wheaton, on behalf of herself and all others similarly situated, and Westminster-Canterbury of the Blue Ridge ("Defendant"), by their respective counsel, hereby consent to the entry of this order. Having reviewed the Joint Motion in Support of Settlement Approval (the "Motion"), and the Settlement Agreement and Release (the "Agreement"), and for the reasons stated in the Parties' submissions, the Court GRANTS the Motion and approves the Parties' settlement as a fair and reasonable resolution of a bona fide dispute over Fair Labor Standards Act ("FLSA") claims as required by *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982).

Accordingly, it is hereby ORDERED that the Agreement reached by the Parties is approved and shall take effect. It is further ORDERED that the Parties may agree to make changes to the notices as necessary in accordance with the Agreement following this approval if it is necessary to facilitate payment. It is further ORDERED that within 180 days following the date that the settlement administrator receives Defendants' payment as contemplated by the Agreement, the Plaintiffs will file a proposed dismissal order, which will also serve to notify the Court as to

26243/12/11180583v1

whether all Plaintiffs are to be dismissed with prejudice or, whether any Plaintiffs are to be dismissed without prejudice, at which time a final order will issue. This Court retains jurisdiction to enforce the terms of the settlement pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994).

    SO ORDERED this  1st  day of    June         , 2023.

 

                                                          United States District Judge

26243/12/11180583v1

We ask for this:

| | |
|---|---|
| By:/s/  *Zev H. Antell*<br>Zev H. Antell (VSB No. 74634)<br>Butler Curwood, PLC<br>140 Virginia Street, Suite 302<br>Richmond, VA 23219<br>Tel: 804-648-4848<br>zev@butlercurwood.com<br><br>  And<br><br>Timothy Coffield (VSB No. 83430)<br>Coffield PLC<br>106-F Melbourne Park Circle<br>Charlottesville, VA 22901<br>Tel: 434-218-3133<br>tc@coffieldlaw.com<br><br>Counsel for Plaintiffs | By:/s/  *Catherine J. Jackson*<br>Paul G. Klockenbrink (VSB No. 33032)<br>Catherine J. Jackson (VSB No. 78610)<br>Harrison E. Richards (VSB No. 94960)<br>GENTRY LOCKE<br>10 Franklin Rd. S.E., Suite 900<br>P.O. Box 40013<br>Roanoke, Virginia 24022-0013<br>Tel: 540-983-9300<br>Fax: 540-983-9400<br>klockenbrink@gentrylocke.com<br>cjackson@gentrylocke.com<br>hrichards@gentrylocke.com<br><br>Counsel for Defendant |

26243/12/11180583v1