IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

|  |  |
|---|---|
| DONNA WHEATON, on behalf of herself and all others similarly situated <br><br> Plaintiff, <br><br> v. <br><br> WESTMINSTER-CANTERBURY OF THE BLUE RIDGE, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Case No: 3:22-cv-00050 |

## JOINT MOTION FOR APPROVAL OF
## ADDENDUM TO THE SETTLEMENT AGREEMENT

Plaintiff, Donna Wheaton, on behalf of herself and all others similarly situated, and Defendant, Westminster-Canterbury of the Blue Ridge, by and through counsel, jointly move for an Order granting approval of the Parties' proposed Addendum to the Settlement Agreement and Release attached hereto as Exhibit A.

The Parties filed their Joint Motion to Approve Settlement (Dkt. 45) and Memorandum in Support (Dkt. 46) with this Court in May 2023. Shortly thereafter, a Settlement Approval Hearing was held to ensure that the Parties' Settlement Agreement was a fair and reasonable resolution of a bona fide dispute over the Fair Labor Standards Act claims. Upon review of the Agreement and for the reasons articulated during the Settlement Approval Hearing, the Court issued a Consent Order (Dkt. 48) granting the Parties' Joint Motion to Approve Settlement and approving the Agreement.

Approximately two months after the Consent Order was issued, the Parties identified an additional individual who is eligible to be a member of the Overtime Rate Class pursuant to

26243/12/11348336v1

Section 7 of the Settlement Agreement. The Parties also realized that the settlement allotment proposed for one of the Overtime Rate Class members was inaccurate and in need of correction. To properly address and resolve both of these issues, the Parties have prepared and fully executed an Addendum to the Settlement Agreement, attached hereto as Exhibit A. The terms and conditions of the Addendum are the same as those set forth in the Settlement Agreement that this Court already deemed fair and reasonable. Accordingly, the Parties respectfully request that the Court approve the Addendum and enter the Proposed Consent Order attached hereto as Exhibit B.

Dated: August 31, 2023

Respectfully submitted,

WESTMINSTER-CANTERBURY OF THE BLUE RIDGE

  /s/ Harrison E. Richards
Paul G. Klockenbrink (VSB No. 33032)
Catherine J. Huff (VSB No. 78610)
Harrison E. Richards (VSB No. 94960)
GENTRY LOCKE
10 Franklin Rd. S.E., Suite 900
P.O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
Fax: (540) 983-9400
klockenbrink@gentrylocke.com
huff@gentrylocke.com
hrichards@gentrylocke.com

*Counsel for Defendant*

DONNA WHEATON, on behalf of herself and all others similarly situated

  /s/ Timothy Coffield
Timothy Coffield (VSB No. 83430)
COFFIELD PLC
106-F Melbourne Park Circle
Charlottesville, VA 22901

2

        P: (434) 218-3133
        F: (434) 321-1636
        tc@coffieldlaw.com

        and

        */s/ Zev H. Antell*
        Zev H. Antell (VSB No. 74634)
        Butler Curwood, PLC
        140 Virginia Street, Suite 302
        Richmond, VA 23219
        Tel: 804-648-4848
        zev@butlercurwood.com

        *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2023, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which provides an electronic copy to all counsel of record.

        By: */s/ Harrison E. Richards*

26243/12/11348336v1