IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| DONNA WHEATON, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiff,<br>v.<br><br>WESTMINSTER-CANTERBURY OF THE BLUE RIDGE,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)　Civil Case No: 3:22-cv-00050<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CONSENT ORDER

Plaintiff, Donna Wheaton, on behalf of herself and all others similarly situated, and Westminster-Canterbury of the Blue Ridge, by their respective counsel, hereby consent to the entry of this Order. Having reviewed the Parties' Joint Motion for Approval of Addendum to the Settlement Agreement, the Court **GRANTS** the Motion and approves the Parties' Addendum to the Settlement Agreement. Accordingly, it is hereby **ORDERED** that the Addendum is approved and shall take effect.

**SO ORDERED** this 1st day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE